■ MARGARET AUSTIN, Individually and as Administratrix of the Estate of MICHAEL AUSTIN, Deceased, Respondent, v CITY OF BUFFALO et al., Defendants, and BURNWELL GAS OF ALDEN, INC., et al., Appellants. CITY OF BUFFALO et al., Respondents, v GEORGE D. WILSON, JR., Individually and Doing

Business as AMHERST RADIATOR COMPANY and Others, et al., Appellants. (And 54 Other Actions.) (Appeal No. 5.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. *[See, — AD2d — (Apr. 24, 1992).]*